WOLF-KAHN REALTY CORPORATION, Suing on Behalf of Itself and Other Creditors of ECKHARDT BERMAN FURNITURE Co., INC., Appellant, *v.* HARRIS SUSSMAN et al., Defendants, and MORRIS BERMAN, Respondent.

(Argued October 9, 1934; decided October 23, 1934.)

*Meyer Levy* for appellant.

*David Michelsohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.